**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Donald | William | Thornton |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern _____ District of Pennsylvania

Case number
(If known) _____

☐ Check if this is an amended filing.

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:     Summarize Your Assets**

|  | | Your assets<br>Value of what you own |
|---|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................. | $ | 263,708.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................. | $ | 4,547.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ......................................................... | $ | 268,255.00 |

**Part 2:     Summarize Your Liabilities**

|  | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*........... | $ | 319,909.66 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*........................................ | $ | 1,859.83 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................. | +$ | 0.00 |
| **Your total liabilities** | $ | 321,769.49 |

**Part 3:     Summarize Your Income and Expenses**

|  | | |
|---|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | | |
| Copy your combined monthly income from line 12 of *Schedule I*.................................................................................... | $ | 5,247.77 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | | |
| Copy your monthly expenses from line 22, Column A, of *Schedule J*............................................................................. | $ | 4,400.34 |

Debtor 1    Donald              William             Donald
            First Name          Middle Name         Last Name          Case number (if known)

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

---

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                           $ _____ 4,728.43

---

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

                                                                    **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)                 $ _____ 0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)   $ _____ 1,859.83

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)   $ _____ 0.00

   9d. Student loans. (Copy line 6f.)                               $ _____ 0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $ _____ 0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   **+** $ _____ 0.00

   9g. **Total.** Add lines 9a through 9f.                          $ _____ 1,859.83

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Donald | William | Thornton |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern     District of Pennsylvania

Case number
(If known)

☐ Check if this is an amended filing.

## Official Form 106A/B

## Schedule A/B Property                                              12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1. 613 Northampton Road
Street address, if available, or other description

East Norriton          PA      19401
City                   State   ZIP Code

Montgomery
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $       263,708.00 | $       263,708.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

By the entireties

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

1.2.
Street address, if available, or other description

City          State     ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ _____ | $ _____ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

Debtor 1    Donald                William                        Case number (if known) _____
First Name        Middle Name        Last Name

---

**What is the property?** Check all that apply.

1.3.

_____
Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

_____

_____
City                    State        ZIP Code

_____
County

| Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____        $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ...........................................➔  | $  263,708.00 |

---

**Part 2:  Describe Your Vehicles**

---

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1.  Make:  Chevrolet
Model:  Malibu
Year:  2000
Approximate mileage:  163834
Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

| Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

**Current value of the entire property?**    **Current value of the portion you own?**

$  1,013.00        $  1,013.00

If you own or have more than one, describe here:

3.2.  Make:  _____
Model:  _____
Year:  _____
Approximate mileage:  _____
Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

| Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

**Current value of the entire property?**    **Current value of the portion you own?**

$ _____        $ _____

---

Debtor 1   Donald        William              
           First Name    Middle Name          Last Name          Case number (if known) _____

3.3. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$ _____ | $ _____

3.4. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$ _____ | $ _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   [X] No
   [ ] Yes

4.1. Make: _____

Model: _____

Year: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$ _____ | $ _____

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$ _____ | $ _____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................................→   $ _____1,013.00_____

Debtor 1    Donald      William          | Case number (if known) _____

First Name     Middle Name      Last Name

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe. ..... | Personal furniture and furnishings | $ 1,000.00

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe. ..... | TV DVD player, stereo, radio | $ 300.00

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes. Describe. ..... | | $ _____

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☒ No
☐ Yes. Describe. ..... | | $ _____

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes. Describe. ..... | | $ _____

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe. ..... | Personal clothing | $ 500.00

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☒ No
☐ Yes. Describe. ..... | | $ _____

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☒ Yes. Describe. ..... | 1 dog, family pet | $ 1.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Describe. ..... | | $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................➔ | $ 1,801.00

Debtor 1    Donald          William          _____    Case number (if known) _____
            First Name      Middle Name      Last Name

| Part 4: | Describe Your Financial Assets |

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes ........................................................................................................    Cash: ................. $ _____ 50.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes ...................    Institution name:

17.1. Checking account:    _Direct Express_    $ _____ 1,683.00

17.2. Checking account:    _____    $ _____

17.3. Savings account:    _____    $ _____

17.4. Savings account:    _____    $ _____

17.5. Certificates of deposit:    _____    $ _____

17.6. Other financial account:    _____    $ _____

17.7. Other financial account:    _____    $ _____

17.8. Other financial account:    _____    $ _____

17.9. Other financial account:    _____    $ _____

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes ...............    Institution or issuer name:

_____    $ _____

_____    $ _____

_____    $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them.

Name of entity:    % of ownership:

._____    0.00 %    $ _____

._____    0.00 %    $ _____

._____    0.00 %    $ _____

Official Form 106A/B    **Schedule A/B: Property**    page 5

Debtor 1    Donald     William     _____

     First Name     Middle Name     Last Name     Case number (if known) _____

---

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific
    information about       Issuer name:
    them....................

                                                                          $ _____

     $ _____

     $ _____

**21.** **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each
    account separately.     Type of account:       Institution name:

                     401(k) or similar plan:    _____    $ _____

                     Pension plan:    _____    $ _____

                     IRA:    _____    $ _____

                     Retirement account:    _____    $ _____

                     Keogh:    _____    $ _____

                     Additional account:    _____    $ _____

                     Additional account:    _____    $ _____

**22.** **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes ........................           Institution name or individual:

                     Electric:    _____    $ _____

                     Gas:    _____    $ _____

                     Heating oil:    _____    $ _____

                     Security deposit on rental unit: _____    $ _____

                     Prepaid rent:    _____    $ _____

                     Telephone:    _____    $ _____

                     Water:    _____    $ _____

                     Rented furniture:    _____    $ _____

                     Other:    _____    $ _____

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes ........................           Issuer name and description:

                                                             $ _____

     $ _____

     $ _____

Debtor 1    Donald    William    _____
            First Name    Middle Name    Last Name    Case number (if known)

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes ................................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $ _____

_____    $ _____

_____    $ _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Give specific
  information about them.
  .........................................    $ _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific
  information about them.    $ _____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific
  information about them.    $ _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No

☐ Yes. Give specific information about
  them, including whether you
  already filed the returns and the tax
  years. ............................................    Federal:    $ _____

  State:    $ _____

  Local:    $ _____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information. ..........    Alimony:    $ _____

  Maintenance:    $ _____

  Support:    $ _____

  Divorce settlement:    $ _____

  Property settlement:    $ _____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers'
  compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information. ..........    $ _____

Debtor 1  Donald        William           Smith           Case number (if known) _____
          First Name    Middle Name       Last Name

---

**31.  Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☒ Yes. Name the insurance company        Company name:            Beneficiary:              Surrender or refund
  of each policy and list its value. ....                                                   value:

                                          Omni Insurance           debtor (auto insurance)   $          0.00

                                          Homeowners insurance     debtor (homeowners)       $          0.00

                                          _____        _____         $ _____

**32.  Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to
receive property because someone has died.

☒ No

☐ Yes. Give specific information.........   [                    ]                          $ _____

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes. Describe each claim. .............   [                    ]                          $ _____

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
   rights to set off claims**

☒ No

☐ Yes. Describe each claim.............    [                    ]                          $ _____

**35.  Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information.....      [                    ]                          $ _____

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have
   attached for Part 4. Write that number here** ..........................................➔   $        1,733.00

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.
☐ Yes. Go to line 38.

                                                                          **Current value of the
                                                                          portion you own?**
                                                                          Do not deduct secured
                                                                          claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☐ No

☐ Yes. Describe.                           [                    ]                          $ _____

**39.  Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes. Describe.                           [                    ]                          $ _____

---

Debtor 1    Donald          William          _____          Case number (if known) _____
            First Name       Middle Name      Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☐ Yes. Describe . _____    $ _____

41. **Inventory**

☐ No

☐ Yes. Describe . _____    $ _____

42. **Interests in partnerships or joint ventures**

☐ No

☐ Yes. Describe ..... Name of entity:                              % of ownership:

_____        0.00%    $ _____

_____        0.00%    $ _____ 0.00

_____        0.00%    $ _____

43. **Customer lists, mailing lists, or other compilations**

☐ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

    ☐ No

    ☐ Yes. Describe. ....... _____    $ _____

44. **Any business-related property you did not already list**

☐ No

☐ Yes. Give          _____    $ _____
    specific
    information      _____    $ _____

                    _____    $ _____

                    _____    $ _____

                    _____    $ _____

                    _____    $ _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
    **for Part 5. Write that number here**                                    ➔    $ _____ 0.00

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
             **If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.
                                                            **Current value of the**
                                                            **portion you own?**
                                                            Do not deduct secured
                                                            claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☐ No

☐ Yes .................. _____    $ _____

Debtor 1    Donald          William                    Case number (if known) _____
            First Name      Middle Name      Last Name

48. **Crops—either growing or harvested**

☐ No

☐ Yes. Give specific
information............                                                          $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

☐ Yes .....................                                                       $ _____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No

☐ Yes ..................                                                          $ _____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No

☐ Yes. Give specific
information. .........                                                           $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** ....................................................➔    $ _____0.00

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No                                                                             $ _____

☐ Yes. Give
specific                                                                         $ _____
information. ......
                                                                                 $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............➔    $ _____0.00

| **Part 8:** | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ..........................................................................➔    $ ___263,708.00

56. **Part 2: Total vehicles, line 5**                    $ _____1,013.00

57. **Part 3: Total personal and household items, line 15**    $ _____1,801.00

58. **Part 4: Total financial assets, line 36**           $ _____1,733.00

59. **Part 5: Total business-related property, line 45**  $ _____0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ _____0.00

61. **Part 7: Total other property not listed, line 54**    +$ _____0.00

62. **Total personal property.** Add lines 56 through 61...................    $ _____4,547.00    Copy personal property total ➔    +$ _____4,547.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62............................................    $ ___268,255.00

Kelley Blue Book

**Home**    **Car Values**    **Cars for Sale**    **Car Reviews**    **Awards & Top 10s**    **Research Tools**     Sign In    19401   ♥

Home > What's My Car Worth > Category & Style > Options & Condition > Sedan 4D



### 2000 Chevrolet Malibu
**Style:** Sedan 4D    Change Style

**Mileage:** 163834  Change    **Edit Options**  **Check Specs**  **Print Report**

**Vehicle Finder**

| Chevrole | Malibu | 2018 | Go |

## Your Blue Book® Value

| Trade In to a Dealer | Get an Instant Cash Offer | Sell to a Private Party |

**Next Steps: Find a Car**

Browse reviews, photos, specs and more.

See what you shoul



Valid for ZIP code 19401 through 09/14/2017
🖊 Write a review on your 2000 Chevrolet

| Value based on: | | | |
|  Fair |  Good |  Very Good |  Excellent |

**Sell Your Current Car**
Reach millions of buyers on KBB.com and AutoTrader.com

Place an ad 

### New Cars You Might Like

‹

2017 Ford Fusion     2016 Chevrolet Malibu Limited     2017 Chrysler 200

›

 **Bank of America**
(https://www.bankofamerica.com/)

Mortgage

Sign In
(https://www.bankofamerica.com
/hub/index.action?template=signIn)

How can we help y    <

Menu ⌄

# Bank of America Real Estate Center®

# What's your home worth?

### See your estimated home values

613 Northampton Road East Norriton PA 19401    >

## Address: **613 Northhampton Rd, Norriton, PA 19401**

### Estimate Range

# $236,642 - $296,688



## Home Facts

| | |
|---|---|
| **Bedrooms** | 3 |
| **Baths** | 2 |
| **Living Area** | 1,902 |

| | |
|---|---|
| **Lot Size** | 15,300 |
| **Type** | Single Family |
| **Garage** | |
| **Parcel** | 330006103002 |
| **County** | MONTGOMERY |
| **Year Built** | 1966 |
| **Total Rooms** | |
| **Heating** | |
| **Cooling** | |
| **Number of Stories** | 1 |
| **Legal Description** | L 129 |

## Sales History

| Sales Date | Sales Price |
|---|---|
| 8/8/2000 | $163,000 |

## Value History

| Quarter | Value |
|---|---|
| 2017 2nd Qtr | $263,708 |
| 2017 1st Qtr | $252,498 |
| 2016 4th Qtr | $248,795 |
| 2016 3rd Qtr | $245,356 |
| 2016 2nd Qtr | $249,864 |
| 2016 1st Qtr | $238,840 |
| 2015 4th Qtr | $233,362 |
| 2015 3rd Qtr | $256,949 |

## Comparable Homes

These are the homes with characteristics similar to the home you are looking at that have been sold recently. They are important for understanding home market trends.



**This Home**                                                    Estimate: **$263,708**

**Comparables**                                          Avg. Sales Price: **$275,140**

1 1665 THAYER DR

Sold for: **$283,600** on 6/2/2017
**5**br **3**ba  Living Area: **1,830 sq.ft.**

2 617 NORTHHAMPTON RD

Sold for: **$239,900** on 1/30/2017
**4**br **2**ba  Living Area: **2,208 sq.ft.**

3 615 BARBARA DR

Sold for: **$262,900** on 8/1/2017
**4**br **3**ba  Living Area: **2,138 sq.ft.**

4 2941 KEENWOOD RD

Sold for: **$253,000** on 2/7/2017
**4**br **2**ba  Living Area: **1,854 sq.ft.**

5 3111 HAYES RD

Sold for: **$300,000** on 6/8/2017
**4**br **3**ba  Living Area: **2,144 sq.ft.**

6 3018 POTSHOP RD

Sold for: **$326,500** on 7/17/2017
**4**br **3**ba  Living Area: **2,145 sq.ft.**

7 2947 MICHELE DR

Sold for: **$285,000** on 5/4/2017
**3**br **3**ba  Living Area: **2,209 sq.ft.**

8 513 BARBARA DR

Sold for: **$263,500** on 5/17/2017
**3**br **3**ba  Living Area: **2,032 sq.ft.**

9 3326 E HAYES RD

Sold for: **$298,000** on 4/5/2017
**3**br **3**ba  Living Area: **1,924 sq.ft.**

10 620 BARBARA DR

Sold for: **$239,000** on 6/2/2017
**2**br **2**ba  Living Area: **1,572 sq.ft.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Donald | William | Thornton |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern     District of Pennsylvania

Case number
(If known) _____

☐ Check if this is an amended filing.

# Official Form 106C
## Schedule C: The Property You Claim As Exempt                                04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Chevrolet<br>Line from Schedule A/B: 3.1 | $ 1,013.00 | ☒ $ 1,013.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(2) |
| Brief description: Personal furniture and f<br>Line from Schedule A/B: 6 | $ 1,000.00 | ☒ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(3) |
| Brief description: TV DVD player, stereo, r<br>Line from Schedule A/B: 7 | $ 300.00 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

Debtor 1    ___Donald___    ___William___    _____    _____
            First Name       Middle Name      Last Name    Case number (if known)

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: __Personal clothing__<br>Line from *Schedule A/B:* __11__ | $ ____500.00 | ☒ $ ____500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | __11 USC 522(d)(3)__ |
| Brief description: __Cash__<br>Line from *Schedule A/B:* __16__ | $ ____50.00 | ☒ $ ____50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | __11 USC 522(d)(5)__ |
| Brief description: __Direct Express__<br>Line from *Schedule A/B:* __17.1__ | $ ____1,683.00 | ☒ $ ____1,683.00<br>☐ 100% of fair market value, up to any applicable statutory limit | __11 USC 522(d)(5)__ |
| Brief description: __1 dog, family pet__<br>Line from *Schedule A/B:* __13__ | $ ____1.00 | ☒ $ ____1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | __11 USC 522(d)(5)__ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

Debtor 1   Donald _____ William _____ Thornton _____
           First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern _____ District of Pennsylvania

Case number _____
(If known)

☐ Check if this is an amended filing.

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** Montgomery County Tax Claim Bureau
Creditor's Name

1 _____ Montgomery Plaza
Number        Street

Suite 610

Norristown _____ PA _____ 19401
City                State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred Various dates

**Describe the property that secures the claim:**  $   21,106.29  $ _____  $ _____

Residence

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

**2.2** Microf LLC
Creditor's Name

2613 _____ Gillionville Rd.
Number          Street

P.O. Box 70085

Albany _____ GA _____ 31708
City                State      ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 10/12/2016

**Describe the property that secures the claim:**  $   12,386.00  $   12,386.00  $ _____

Lien heater purchase

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** 6  8  3  4

| Add the dollar value of your entries in Column A on this page. Write that number here: | $   33,492.29 | | |

Debtor 1   __Donald__   __William__   _____   Case number (if known) _____

First Name   Middle Name   Last Name

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

**2.3**

Select Portfolio Servicing Inc.
Creditor's Name

P.O.     Box 65250
Number   Street

Salt Lake city        UT    84165-0250
City              State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred 7/4/2000

**Describe the property that secures the claim:**

Residence

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number 5  2  4  2

$ 286,417.37   $ 236,708.00   $ _____

---

Creditor's Name

Number   Street

City              State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number

$ _____   $ _____   $ _____

---

Creditor's Name

Number   Street

City              State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number

$ _____   $ _____   $ _____

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $ 286,417.37

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**   $ 319,909.66

Debtor 1   Donald          William          Dromgoole                    Case number (if known) _____
           First Name       Middle Name      Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Michael Vagnoni, Esquire
Name

1500        Market Street
Number      Street

Suite 3400

Philadelphia                      PA          19102-2101
City                              State       ZIP Code

On which line in Part 1 did you enter the creditor?  2.3

Last 4 digits of account number __ __ __ __

Name

Number      Street

City                              State       ZIP Code

On which line in Part 1 did you enter the creditor? __

Last 4 digits of account number __ __ __ __

Name

Number      Street

City                              State       ZIP Code

On which line in Part 1 did you enter the creditor? __

Last 4 digits of account number __ __ __ __

Name

Number      Street

City                              State       ZIP Code

On which line in Part 1 did you enter the creditor? __

Last 4 digits of account number __ __ __ __

Name

Number      Street

City                              State       ZIP Code

On which line in Part 1 did you enter the creditor? __

Last 4 digits of account number __ __ __ __

Name

Number      Street

City                              State       ZIP Code

On which line in Part 1 did you enter the creditor? __

Last 4 digits of account number __ __ __ __

Official Form 106D        **Part 2 of** Schedule D: Creditors Who Have Claims Secured by Property        page _3_ of _3_

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Donald | William | Thornton |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern          District of Pennsylvania

Case number _____
(If known)

☐ Check if this is an amended filing.

## Official Form 106E/F

### Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | Pennsylvania Department of Revenue |
|---|---|

Priority Creditor's Name

**Last 4 digits of account number** ____      $ 1,859.83   $ 1,859.83   $ 0.00

Dept.          280946
Number        Street

**When was the debt incurred?**   various dates

Attn: Bankruptcy Division

Harrisburg          PA      17128-0946
City                State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.2 | |
|---|---|

Priority Creditor's Name

**Last 4 digits of account number** ____      $ _____   $ _____   $ 0.00

Number        Street

**When was the debt incurred?** _____

City                State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1    Donald        William        _____
         First Name    Middle Name    Last Name          Case number (if known) _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☒ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |

**4.1**

_____
Nonpriority Creditor's Name

_____
Number        Street

_____
City                    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ _____2,000.00

**4.2**

_____
Nonpriority Creditor's Name

_____
Number        Street

_____
City                    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ _____

**4.3**

_____
Nonpriority Creditor's Name

_____
Number        Street

_____
City                    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ _____

Debtor 1   Donald   William   Doe   Case number (if known) _____
        First Name   Middle Name   Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

1. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.**
   **Add the amounts for each type of unsecured claim.**

**Total claims from Part 1**

**Total claim**

6a. **Domestic support obligations**   6a. $ _____ 0.00

6b. **Taxes and certain other debts you owe the government**   6b. $ _____ 1,859.83

6c. **Claims for death or personal injury while you were intoxicated**   6c. $ _____ 0.00

6d. **Other.** Add all other priority unsecured claims. Write that amount here.   6d. + $ _____ 0.00

6e. **Total.** Add lines 6a through 6d.   6e. $ _____ 1,859.83

**Total claims from Part 2**

**Total claim**

6f. **Student loans**   6f. $ _____ 0.00

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**   6g. $ _____ 0.00

6h. **Debts to pension or profit-sharing plans, and other similar debts**   6h. $ _____ 0.00

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.   6i. + $ _____ 0.00

6j. **Total.** Add lines 6f through 6i.   6j. $ _____ 0.00

**Fill in this information to identify your case:**

Debtor 1    _Donald_____    _William_____    _Thornton_____
            First Name           Middle Name          Last Name

Debtor 2    _____    _____    _____
(Spouse, if filing)   First Name           Middle Name          Last Name

United States Bankruptcy Court for the: _Eastern_____    District of _Pennsylvania___

Case number   _____
(If known)

☐ Check if this is an amended filing.

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number    Street <br><br> City    State    ZIP Code | |
| **2.2** <br> Name <br><br> Number    Street <br><br> City    State    ZIP Code | |
| **2.3** <br> Name <br><br> Number    Street <br><br> City    State    ZIP Code | |
| **2.4** <br> Name <br><br> Number    Street <br><br> City    State    ZIP Code | |
| **2.5** <br> Name <br><br> Number    Street <br><br> City    State    ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1 <u>Donald</u>　　　<u>William</u>　　　<u>Thornton</u>
　　　　First Name　　　Middle Name　　　Last Name

Debtor 2
(Spouse, if filing) First Name　　　Middle Name　　　Last Name

United States Bankruptcy Court for the: <u>Eastern</u>　　District of <u>Pennsylvania</u>

Case number
(If known)

☐ Check if this is an amended filing.

## Official Form 106H

# Schedule H: Your Codebtors                                      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? ____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number      Street

      _____
      City                State    ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or Schedule G (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** <br> <u>Bianca Neris</u> <br> Name <br> <u>613</u>　　<u>Northampton Road</u> <br> Number      Street <br> <u>East Norriton</u>　<u>PA</u>　<u>19403</u> <br> City            State    ZIP Code | ☒ Schedule D, line <u>2.1, 2.3</u> <br> ☐ Schedule E/F, line ___ <br> ☐ Schedule G, line ___ |
| **3.2** <br> _____ <br> Name <br> _____ <br> Number      Street <br> _____ <br> City            State    ZIP Code | ☐ Schedule D, line ___ <br> ☐ Schedule E/F, line ___ <br> ☐ Schedule G, line ___ |
| **3.3** <br> _____ <br> Name <br> _____ <br> Number      Street <br> _____ <br> City            State    ZIP Code | ☐ Schedule D, line ___ <br> ☐ Schedule E/F, line ___ <br> ☐ Schedule G, line ___ |

**Fill in this information to identify your case:**

Debtor 1    Donald      William      Thornton
         First Name       Middle Name       Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Eastern _____ District of Pennsylvania

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income           12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**     Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | Truck Driver | Caregiver |
| Occupation may Include student or homemaker, if it applies | **Employer's name** | Central Transport | Development Enterprises Corp. |
| | **Employer's address** | 1200 Wrights Lane<br>Number  Street | 333 E. Airy St.<br>Number  Street |
| | | West Chester PA 19380<br>City  State  ZIP Code | Norristown PA 19401<br>City  State  ZIP Code |
| | **How long employed there?** | 31 years | |

**Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,968.43 | $ 1,760.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 2,968.43 | $ 1,760.00 |

Debtor 1  Donald          William          _____     Case number (if known) _____
          First Name      Middle Name      Last Name

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here**……………………………………………➔ | 4. | $ 2,968.43 | $ 1,760.00 |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 472.60 | $ 203.36 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 488.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: __ | 5h. +$ | 0.00 | +$ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h | 6. | $ 960.60 | $ 203.36 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,007.83 | $ 1,556.64 |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 1,683.30 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if know) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: __ | 8h. +$ | 0.00 | +$ 0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e +8f +8g +8h | 9. | $ 1,683.30 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,691.13 | $ 1,556.64 = $ 5,247.77 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____     11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data.* If it applies.     12. $ 5,247.77

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1     Donald          William          Thornton
             First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Eastern          District of Pennsylvania

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
  income as of the following date:

  _____
  MM / DD / YYYY

☐ A separate filing for Debtor 2 because
  Debtor 2 maintains a separate household

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No.
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents**          ☒ No

   Do not list Debtor 1 and             ☐ Yes. Fill out this information for
   Debtor 2.                                 each dependent...................

   Do not state the dependent's
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include**          ☒ No
   **expenses of people other**          ☐ Yes.
   **than yourself and your**
   **dependents?**

### Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

|  |  | Your Expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ _____ 1,345.68 |
| | If not included on line 4: | |
| 4a. | Real estate taxes | 4a. $ _____ 550.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ _____ 163.22 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ _____ 120.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ _____ 0.00 |

Debtor 1    Donald    William    _____    Case number (if known) _____
             First Name    Middle Name    Last Name

| | | | | Your Expenses |
|---|---|---|---|---|

5.  **Additional mortgage payments for your residence, such as home equity loans.**    5. $ _____ 0.00

6.  **Utilities:**

6a.  Electricity, heat, natural gas    6a. $ _____ 300.00

6b.  Water, sewer, garbage collection    6b. $ _____ 127.00

6c.  Telephone, cell phone, Internet, satellite, and cable services    6c. $ _____ 200.00

6d.  Other. Specify: _____    6d. $ _____ 0.00

7.  **Food and housekeeping supplies**    7. $ _____ 700.00

8.  **Childcare and children's educational costs**    8. $ _____ 0.00

9.  **Clothing, laundry, and dry cleaning**    9. $ _____ 40.00

10.  **Personal care products and services**    10. $ _____ 80.00

11.  **Medical and dental expenses**    11. $ _____ 110.00

12.  **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12. $ _____ 300.00

13.  **Entertainment, clubs recreation, newspapers, magazines, and books**    13. $ _____ 100.00

14.  **Charitable contributions and religious donations**    14. $ _____ 0.00

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

15a.  Life insurance    15a. $ _____ 0.00

15b.  Health insurance    15b. $ _____ 0.00

15c.  Vehicle insurance    15c. $ _____ 127.00

15d.  Other insurance. Specify: _____    15d. $ _____ 0.00

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. $ _____ 0.00

17.  **Installment or lease payments:**

17a.  Car payments for Vehicle 1    17a. $ _____ 0.00

17b.  Car payments for Vehicle 2    17b. $ _____ 0.00

17c.  Other. Specify: _Heater_    17c. $ _____ 137.44

17d.  Other. Specify: _____    17d. $ _____ 0.00

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted
from you pay on line 5, *Schedule I, Your Income* (Official Form B 6I).**    18. $ _____ 0.00

19.  **Other payments you make to support others who do not live with you.**
Specify: _____    19. $ _____ 0.00

20.  **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*:**

20a.  Mortgages on other property    20a. $ _____ 0.00

20b.  Real estate taxes    20b. $ _____ 0.00

20c.  Property, homeowner's, or renter's insurance    20c. $ _____ 0.00

20d.  Maintenance, repair, and upkeep expenses    20d. $ _____ 0.00

20e.  Homeowner's association or condominium dues    20e. $ _____ 0.00

Debtor 1    Donald          William              _____              Case number (if known) _____
            First Name      Middle Name          Last Name

| 21. | **Other**. Specify: _____ | 21. | $ | 0.00 |
|-----|-----|-----|-----|-----|

22. **Calculate your monthly expenses**

22a. Add lines 4 through 21.                                                                  $ _____ 4,400.34

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.         $ _____ 0.00

22c. Add lines 22a and 22b. The result is your monthly expenses.                    22. $ _____ 4,400.34


23. **Calculate your monthly net income**.

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.        23a. $ _____ 5,247.77

23b. Copy your monthly expenses from line 22 above.                          23b. -$ _____ 4,400.34

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.                                     23c. $ _____ 847.43


24. **Do you expect an increase or decrease in your expenses within the year after you file this form?:**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification in the terms of your mortgage?

☒ No.

☐ Yes.     Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Donald | William | Thornton |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern _____ District of Pennsylvania

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*
(Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /S/ Donald William Thornton _____        ✖ _____

Signature of Debtor 1                                        Signature of Debtor 2

Date   09/18/2017 _____                              Date _____
        MM / DD / YYYY                                       MM / DD / YYYY