## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donald William Thornton | : CHAPTER 13 |
| xxx-xx-8724 | : CASE NO. 17-16397-ELF |
| 613 Northampton Road | : |
| East Norriton PA 19403 | : HEARING DATE: 10/27/2020 |
| | : TIME: 1:00 P.M. |
| Debtor | : LOCATION: COURT ROOM No. 1 |
| | : United States Bankruptcy Ct. |
| | : 900 Market St., 2nd Floor |
| | : Philadelphia, PA 19107 |

**PRAECIPE TO WITHDRAW DEBTOR'S MOTION FOR LEAVE TO AMEND CONFIRMED CHAPTER 13 PLAN PURSUANT TO 11 U.S.C. §1329(d)(1) AND FOR COURT TO CONFIRM AMENDED PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

   Please mark as WITHDRAWN the Motion of the Debtor for leave to amend his Chapter 13 Plan pursuant to 11 U.S.C. §1329(d)(1), said motion having filed with the Court on September 23, 2020 and listed as document no. 67 on the docket of the case.

                              Respectfully submitted


                              /s/ Michael W. Gallagher
                              Michael W. Gallagher, Esquire
                              401 West Johnson Highway
                              Suite 4
                              East Norriton, PA 19401
                              (484)679-1488
                              (610)365-7919 Fax
                              Attorney for Debtor