# Exhibit C

**Montgomery County**
**Board of Commissioners**

**Valerie A. Arkoosh, MD, MPH, Chair**
**Kenneth E. Lawrence Jr., Vice Chair**
**Joseph C. Gale, Commissioner**



**TAX CLAIM BUREAU**

PO Box 190
Norristown, Pa 19404-0190

Tax Claim: 610-278-1216
fax: 610-994-2881
email: TaxClaim@MontcoPA.org
www.TaxClaim.MontcoPA.org

**Jason E. Salus**
Treasurer/Director, Tax Claim
**William F. Caldwell**
First Deputy
**Michael P. Clarke**
Solicitor

Municipality:   East Norriton

# Certification

I hereby certify that the County, East Norriton, or the NORRISTOWN AREA SCHOOL DISTRICT entered liens against:

Owner:   THORTON DONALD W & NERIS BLANCA

Location:   613 NORTHAMPTON RD

Parcel Number:   33-00-06103-00-2          Block   004E          Unit   016

For the Following Year(s) with Balances as Indicated Below

| Year | County | MCCC | Twp./Boro | School | Total Tax | Interest | Costs | Total Due |
|---|---|---|---|---|---|---|---|---|
| 2015 | $308.01 | $0.00 | $266.59 | $3,057.87 | $3,632.47 | $27.24 | $177.79 | $3,837.50 |
| 2016 | $473.00 | $0.00 | $373.10 | $4,441.43 | $5,287.53 | $2,458.92 | $438.34 | $8,184.79 |
| 2017 | $339.31 | $38.77 | $267.60 | $3,329.23 | $3,974.91 | $89.43 | $194.55 | $4,258.89 |
| 2018 | $473.00 | $54.00 | $373.10 | $4,779.78 | $5,679.88 | $1,619.18 | $359.00 | $7,658.06 |
| 2019 | $473.00 | $54.00 | $373.10 | $4,920.59 | $5,820.69 | $1,135.16 | $536.99 | $7,492.84 |
| 2020 | $473.00 | $54.00 | $373.10 | $5,090.06 | $5,990.16 | $629.16 | $482.21 | $7,101.53 |
| 2021 | $497.00 | $54.00 | $373.10 | $5,089.65 | $6,013.75 | $45.11 | $350.69 | $6,409.55 |
| | | | | | | | Total Liens: | $44,943.16 |

Please be advised this quote is valid only within ten (10) days from the date of certification. A copy of this certification must accompany payment. Furthermore, interest will accrue at the rate of ¾ of 1% monthly sometime on or after the 1st day of each month. You will still be responsible for interest until payment is received.

Return this bill with your remittance. Checks should be made payable to Montgomery County Tax Claim Bureau. If a receipt is desired, please enclose a self addressed, stamped envelope.

| | | |
|---|---|---|
| Parcel Number: 33-00-06103-00-2 | **Certification** | TAX CLAIM BUREAU |

Please Note: The Montgomery County Tax Claim Bureau can only certify lien balances for those municipalities and school districts for which it collects. Not all liens are filed with the Tax Claim Bureau. Please consult the local tax collector for a list of those organizations besides the Tax Claim Bureau who may also be collecting delinquent taxes for the parcel in question.

N/A* - Taxes marked as N/A are not collected by the Montgomery County Tax Claim Bureau

Tax Claim Bureau
610-278-1216

Certification Date: March 20, 2022