# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| DONALD W. THORNTON, | : |
| | : BANKRUPTCY NO. 17-16397-MDC |
| Debtor. | : |

## ORDER DENYING MOTION FOR LEAVE TO FILE BANKRUPTCY PETITION

AND NOW, this _____ day of _____, 2022, upon consideration of the motion of Donald W. Thornton (the "Debtor") to amend confirmed Chapter 13 Plan pursuant to 11 U.S.C. § 1329(d)(1) and for confirmation of amended Plan (the "Motion"); and the limited objection to the Motion filed by Montgomery County Tax Claim Bureau, (the "Objection"); and the Court having found for the reasons stated in the Objection, it is hereby

ORDERED that the Objection is SUSTAINED, and the Motion is hereby DENIED.

BY THE COURT

_____
Honorable Magdeline D. Coleman
United States Bankruptcy Judge

Copies to: Attached Service List

4888-1208-1434

**SERVICE LIST:**

Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

Michael W. Gallagher, Esquire
401 West Johnson Highway
Suite 4
East Norriton, PA 19401

William C. Miller
Chapter 13 Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106