# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| | : CHAPTER 13 |
| DONALD W. THORNTON, | : |
| | : BANKRUPTCY NO. 17-16397-MDC |
| Debtor. | : |
| | : |

## CERTIFICATE OF SERVICE

      I, Michael D. Vagnoni, Esquire, attorney for Montgomery County Tax Claim Bureau, hereby certify that on April 6, 2022, a true and correct copy of the limited objection to the motion of Donald W. Thornton to amend confirmed Chapter 13 Plan pursuant to 11 U.S.C. § 1329(d)(1) and for confirmation of amended Plan was served electronically via the Court's CM/ECF system upon the attached service list.

                                                            */s/ Michael D. Vagnoni*
                                                            Michael D. Vagnoni, Esquire

4888-1208-1434

## SERVICE LIST

KERI P EBECK on behalf of Creditor Select Portfolio Servicing, Inc.
kebeck@weltman.com, jbluemle@weltman.com

MICHAEL W. GALLAGHER on behalf of Debtor Donald W. Thornton
mwglaw@msn.com, mwglaw1@verizon.net

KENNETH D. HENDERSON on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

WILLIAM C. MILLER on behalf of Trustee WILLIAM C. MILLER, Esq.
philaecf@ramapo.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

DAVID B. SPITOFSKY on behalf of Debtor Donald W. Thornton
spitofskybk@verizon.net, spitofskylaw@verizon.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov