United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-16397-elf
Donald William Thornton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jul 15, 2022      Form ID: 3180WH      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald William Thornton, 613 Northampton Road, East Norriton, PA 19403-4112 |
| 13986067 | + | Blanca Neris, 613 Northampton Road, Norristown PA 19403-4112 |
| 13986066 | | H.A. Berkheimer Tax Administrator, Bankruptcy Notices, 50 North 7th Street, Bangor, PA 18013-1798 |
| 13986062 | + | Innovis Data Solutions, 250 E. Town St., Columbus, OH 43215-4631 |
| 13986055 | + | MONTGOMERY COUNTY TAX CLAIM BUREAU, 1 MONTGOMERY PLAZA, NORRISTOWN, PA 19401-4853 |
| 13986056 | + | Michael Vagnoni, Esquire, Obermayer Rebmann Maxwell & Hippel, Centre Square West, 1500 Market Street, Suite 3400 Philadelphia, PA 19102-2100 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 15 2022 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 16 2022 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13986058 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jul 15 2022 23:48:00 | Berks Credit And Collections Inc., P.O. Box 329, Temple, PA 19560-0329 |
| 14569821 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 15 2022 23:48:00 | CSMC 2019-RPL4 Trust, PO Box 65250, 84165-0250, Salt Lake City, UT 84165-0250 |
| 14050867 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 15 2022 23:48:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 13986059 | ^ | MEBN | Jul 15 2022 23:45:10 | Equifax Credit Information Services, Inc, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 13986060 | ^ | MEBN | Jul 15 2022 23:45:08 | Experian, P.O. Box 9701, Allen, TX 75013-9701 |
| 13986061 | ^ | MEBN | Jul 15 2022 23:45:09 | Experian Information Systems, Attn: Dispute Department, P.O. Box 2002, Allen, TX 75013-2002 |
| 14003146 | + | Email/Text: bankruptcy@flagshipcredit.com | Jul 15 2022 23:48:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |
| 13986063 | | EDI: IRS.COM | Jul 16 2022 03:53:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13986054 | + | Email/Text: bk@microf.com | Jul 15 2022 23:48:00 | MICROF LLC, 2613 GILLIONVILLE RD., P.O. BOX 70085, ALBANY, GA 31708-0085 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2022 | Form ID: 3180WH | Total Noticed: 20 |

| 13986064 | EDI: PENNDEPTREV | Jul 16 2022 03:53:00 | PA Department Of Revenue, Attn: Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
|---|---|---|---|
| 13986064 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2022 23:47:00 | PA Department Of Revenue, Attn: Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13986057 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 15 2022 23:48:00 | SELECT PORTFOLIO SERVICING INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 13986065 | ^ MEBN | Jul 15 2022 23:45:05 | Transunion Corporation, 2 Baldwinm Place, P.O. Box 1000, Chester, PA 19016-1000 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2022          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:

**Name**  **Email Address**

CHRISTOPHER M. MCMONAGLE
　　on behalf of Creditor DLJ Mortgage Capital Inc. cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com

DANIEL P. JONES
　　on behalf of Creditor CSMC 2019-RPL4 Trust c/o Select Portfolio Servicing Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
　　on behalf of Creditor DLJ Mortgage Capital Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com

KENNETH E. WEST
　　ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL D. VAGNONI
　　on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL W. GALLAGHER
　　on behalf of Debtor Donald William Thornton mwglaw@msn.com mwglaw1@verizon.net

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Donald William Thornton<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8724<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 17–16397–elf | |

## Order of Discharge                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

Donald William Thornton

7/15/22                                          **By the court:** Eric L. Frank
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

**For more information, see page 2 >**

Form 3180WH                 **Chapter 13 Hardship Discharge**                 page 1

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180WH    **Chapter 13 Hardship Discharge**    page 2